MARIA MARCHI, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.

*Marchi* v. *Ætna Life Ins. Co.*, 140 App. Div. 901, affirmed.
(Argued May 9, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 1, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a policy of accident insurance.

*Theron G. Strong* for appellant.

*Samuel Wechsler* for respondent.

Judgment affirmed, with costs, on the authority of *Bailey* v. *Interstate Casualty Co.* (8 App. Div. 127; affd., 158 N. Y. 723); no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

FRANKLIN C. NORTON, Respondent, v. FREDERICK J. LANCASTER, Appellant.

*Norton* v. *Lancaster*, 140 App. Div. 895, affirmed.
(Argued May 9, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1910, affirming a judgment in favor of plaintiff entered upon an order of the court at a Trial Term granting a motion for judgment on the pleadings in an action to recover for alleged breach of a covenant in a lease.

*Grant C. Fox* and *H. Gordon Pierce* for appellant.

*Albert E. Richardson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.